**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIRA JACKMON,<br><br>    Plaintiff,<br><br>   v.<br><br>AMERICA'S SERVICING COMPANY, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-03884 CRB<br><br>**ORDER FOR SUPPLEMENTAL MATERIALS IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER** |

    Plaintiff filed suit in this mortgage case on August 8, 2011, setting forth state law claims related to an alleged wrongful foreclosure that took place in late May 2011.  She is seeking a Temporary Restraining Order to enjoin Defendants from evicting her from the property.

    Among other allegations, Plaintiff claims that "[a]fter providing her financial information to the loss mitigation department of America's Servicing Company, Plaintiff was sent a form letter offering her an opportunity to retain her home based on the financial information she provided.  Enclosed with the letter was a Forbearance Agreement specifying a three month payment term at a modified payment.  The materials explained this as a trial period showing you can make regular monthly payments after which the modified payment would become permanent."  Compl. (dkt. 1) ¶ 2 (emphasis added); see also id. ¶ 24 ("Pursuant to the agreement, the modification was to become final after three successful 'trial payments.'").

This allegation – that Defendants have breached a Forbearance Agreement – is critical to Plaintiff's likelihood of success on the merits because she does not allege tender of the amount of indebtedness. Plaintiff did not attach a copy of the Forbearance Agreement with the Complaint.[1] Plaintiff is hereby ORDERED to file a copy of the alleged agreement referred to in paragraphs 1 and 24 of her Complaint. Further, Plaintiff is ORDERED to serve copies of the following documents on Defendants forthwith: (1) this Order; (2) the Complaint; and (3) the Motion for Temporary Restraining Order and the Memorandum in support of the Motion.

**IT IS SO ORDERED.**

Dated: August 9, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff did provide, as Exhibit G to her Complaint, a copy of a letter sent from NDEX, LLC to her on September 7, 2010. That letter informed Plaintiff that certain "workout options" might be available to her and included a list of example workout options, including loan modification. Compl. (dkt. 1) Ex. G. However, the letter also states that "**[y]our eligibility for the foregoing alternatives, or any other available loan workout options, must be qualified and approved by AMERICA'S SERVICING COMPANY**. Your receipt of this letter should not be considered as an approval of any available program." Id. This letter by itself is insufficient to support Plaintiff's assertion that she had an agreement to modify the terms of her loan and cannot by itself support issuing a temporary restraining order.