1 | MARK D. LONERGAN (State Bar No. 143622)
    mdl@severson.com
2 | EDWARD R. BUELL III (State Bar No. 240494)
    erb@severson.com
3 | M. ELIZABETH HOLT (State Bar No. 263206)
    meh@severson.com
4 | SEVERSON & WERSON
    A Professional Corporation
5 | One Embarcadero Center, Suite 2600
    San Francisco, CA  94111
6 | Telephone:  (415) 398-3344
    Facsimile:  (415) 956-0439
7 |
    Attorneys for Defendants
8 | America's Servicing Company and Wells
    Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMIRA JACKMON,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICA'S SERVICING COMPANY; NDEX WEST, L.L.C.; U.S. BANK NATIONAL ASSOCIATION; and WELLS FARGO BANK, N.A.,<br><br>    Defendants. | Case No.  3:11-CV-03884-CRB<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CLARIFY BOND AMOUNT RE: ORDER GRANTING PRELIMINARY INJUNCTION<br><br>Courtroom:   6, 7th Floor<br>Judge:           Hon. Charles R. Breyer<br><br>Complaint Date:   August 8, 2011<br>Trial Date:           None Set |

07685/1059/957765.1

[Proposed] Order Re: Preliminary Injunction Bond
Case No. 3:11-CV-03884-CRB

1   For the reasons stated in the Wells Fargo Defendants' Administrative Motion to Clarify
2   Bond Amount Re: Order Granting Preliminary Injunction, and good cause appearing, IT IS
3   HEREBY ORDERED that the Court's Order Granting Preliminary Injunction, dated August 22,
4   2011, is hereby modified as follows:
5   Plaintiff shall post a bond in the form of cash or certified check, in the amount of
6   $ 38,732.75 by 4:00 p.m. on  August 31, 2011  (date).
7   All other provisions of the Order Granting Preliminary Injunction shall remain in full
8   force and effect.
9   DATED: August 24, 2011

The Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer*