**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMIRA JACKMON,

    Plaintiff,

v.

AMERICA'S SERVICING COMPANY, et al.,

    Defendants.

No. C 11-03884 CRB

**ORDER RE MOTION TO DISMISS**

On August 22, 2011, the Court granted Plaintiff's request for a Preliminary Injunction, and provided Plaintiff had until September 23, 2011 to file an Amended Complaint in this action. If Plaintiff files a First Amended Complaint, the defendants shall file a responsive pleading within twenty-one (21) days after the First Amended Complaint is filed and the hearing on the Motion will be taken off calendar. If Plaintiff fails to file a First Amended Complaint on or before Friday, September 23, 2011, the Motion to Dismiss shall be heard on October 7, 2011, as was previously noticed by Moving Defendants upon filing of the Motion.

**IT IS SO ORDERED.**

Dated: September 7, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\3884\Order Denying MTD.wpd