Daniel J. Mulligan (Cal. State Bar No. 103129)
**JENKINS MULLIGAN & GABRIEL LLP**
10085 Carroll Canyon Road, Suite 210
San Diego, CA 92131
Telephone: (415) 982-8500
Facsimile:  (415) 982-8515
dan@jmglawoffices.com

Peter B. Fredman (Cal. State Bar No. 189097)
**LAW OFFICE OF PETER FREDMAN**
125 University Ave, Suite 102
Berkeley, CA 94710
Telephone: (510) 868-2626
Facsimile:  (510) 868-2627
peter@peterfredmanlaw.com

Attorney for Plaintiff AMIRA JACKMON,
for herself and persons similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIRA JACKMON, individually, and on behalf of others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>AMERICA'S SERVICING COMPANY and WELLS FARGO BANK, N.A.,<br><br>          Defendants. | Case No. C 11-03884 CRB<br><br> **CLASS ACTION**<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR SUBSTITUTION OF COUNSEL |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS FO RECORD:

PLEASE TAKE NOTICE that plaintiff Amira Jackmon hereby makes the following substitution of attorneys in the above entitled action:

<u>Former Attorney</u>:

> AMIRA JACKMON, Pro Se
> 2342 Shattuck Avenue #816
> Berkeley, CA  94704
> Telephone:  510-868-0638
> Facsimile: 510-981-1646
> amira.jackmon@gmail.com

<u>Substituting Attorneys</u>:

> Daniel J. Mulligan (Cal. State Bar No. 103129)
> JENKINS MULLIGAN & GABRIEL LLP
> 10085 Carroll Canyon Road, Suite 210
> San Diego, CA 92131
> Telephone: (415) 982-8500
> Facsimile:  (415) 982-8515
> dan@jmglawoffices.com

> Peter B. Fredman (Cal. State Bar No. 189097)
> LAW OFFICE OF PETER FREDMAN
> 125 University Ave, Suite 102
> Berkeley, CA 94710
> Telephone: (510) 868-2626
> Facsimile:  (510) 868-2627
> peter@peterfredmanlaw.com

## **CONSENT**

The undersigned hereby consent to this substitution.

AMIRA JACKMON, Pro Se

Dated: September 23, 2011         By  /s/ Amira Jackmon
                                           Amira Jackmon

Stipulation and Proposed Order For Substitution of Counsel
Jackmon vs. America's Servicing Company et al – C 11-03884 CRB

LAW OFFICES OF PETER FREDMAN

Dated: September 23, 2011        By  /s/ Peter Fredman
                                        Peter Fredman

JENKINS MULLIGAN & GABRIEL LLP


Dated: Daniel J. Mulligan        By /s/ Daniel J. Mulligan
                                        Daniel J. Mulligan


## **ORDER**

Pursuant to this stipulation, and good cause appearing therefore,

IT IS SO ORDERED.


Dated:  Sept. 26, 2011           _____
                                 Hon. Charles R. Breyer
                                 United States District J

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation and Proposed Order For Substitution of Counsel
Jackmon vs. America's Servicing Company et al – C 11-03884 CRB