Daniel J. Mulligan (Cal. State Bar No. 103129)
**JENKINS MULLIGAN & GABRIEL LLP**
10085 Carroll Canyon Road, Suite 210
San Diego, CA 92131
Telephone: (415) 982-8500
Facsimile:  (415) 982-8515
dan@jmglawoffices.com

Peter B. Fredman (Cal. State Bar No. 189097)
**LAW OFFICE OF PETER FREDMAN**
125 University Ave, Suite 102
Berkeley, CA 94710
Telephone: (510) 868-2626
Facsimile:  (510) 868-2627
peter@peterfredmanlaw.com

Attorney for Plaintiff AMIRA JACKMON,
for herself and persons similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIRA JACKMON, individually, and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>AMERICA'S SERVICING COMPANY and WELLS FARGO BANK, N.A.,<br><br>        Defendants. | Case No. C 11-03884 CRB<br><br>**CLASS ACTION**<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR SUBSTITUTION OF COUNSEL |

---

1
Stipulation and Proposed Order For Substitution of Counsel
Jackmon vs. America's Servicing Company et al – C 11-03884 CRB

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS FO RECORD:

PLEASE TAKE NOTICE that plaintiff Amira Jackmon hereby makes the following substitution of attorneys in the above entitled action:

Former Attorney:

    AMIRA JACKMON, Pro Se
    2342 Shattuck Avenue #816
    Berkeley, CA  94704
    Telephone:  510-868-0638
    Facsimile: 510-981-1646
    amira.jackmon@gmail.com

Substituting Attorneys:

    Daniel J. Mulligan (Cal. State Bar No. 103129)
    JENKINS MULLIGAN & GABRIEL LLP
    10085 Carroll Canyon Road, Suite 210
    San Diego, CA 92131
    Telephone: (415) 982-8500
    Facsimile:  (415) 982-8515
    dan@jmglawoffices.com

    Peter B. Fredman (Cal. State Bar No. 189097)
    LAW OFFICE OF PETER FREDMAN
    125 University Ave, Suite 102
    Berkeley, CA 94710
    Telephone: (510) 868-2626
    Facsimile:  (510) 868-2627
    peter@peterfredmanlaw.com

## CONSENT

The undersigned hereby consent to this substitution.

    AMIRA JACKMON, Pro Se

Dated: September 23, 2011    By  /s/ Amira Jackmon
        Amira Jackmon

LAW OFFICES OF PETER FREDMAN

Dated: September 23, 2011        By /s/ Peter Fredman
                                    Peter Fredman

JENKINS MULLIGAN & GABRIEL LLP

Dated: Daniel J. Mulligan        By /s/ Daniel J. Mulligan
                                    Daniel J. Mulligan

**ORDER**

Pursuant to this stipulation, and good cause appearing therefore,

IT IS SO ORDERED.

Dated: Sept. 26, 2011            _____
                                 Hon. Charles R. Breyer
                                 United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

---

3

Stipulation and Proposed Order For Substitution of Counsel
Jackmon vs. America's Servicing Company et al – C 11-03884 CRB