Steve W. Berman (Pro Hac Vice)
Thomas E. Loeser (Cal. Bar No. 202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

Peter B. Fredman (Cal. Bar No. 189097)
LAW OFFICE OF PETER FREDMAN
125 University Ave, Suite 102
Berkeley, CA 94710
Telephone: (510) 868-2626
Facsimile:  (510) 868-2627
peter@peterfredmanlaw.com

Attorney for Plaintiff AMIRA JACKMON,
for herself and persons similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AMIRA JACKMON, individually, and on behalf of others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>AMERICA'S SERVICING COMPANY and WELLS FARGO BANK, N.A.,<br><br>   Defendants. | Case No. C 11-03884 CRB<br><br>**CLASS ACTION**<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR SUBSTITUTION OF COUNSEL |
|---|---|

---

1
Stipulation and Proposed Order For Substitution of Counsel
Jackmon vs. America's Servicing Company et al – C 11-03884 CRB

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS FO RECORD:

PLEASE TAKE NOTICE that plaintiff Amira Jackmon hereby makes the following substitution of attorneys in the above entitled action:

Former Attorney:

Daniel J. Mulligan (Cal. State Bar No. 103129)
JENKINS MULLIGAN & GABRIEL LLP
10085 Carroll Canyon Road, Suite 210
San Diego, CA 92131
Telephone: (415) 982-8500
Facsimile: (415) 982-8515
dan@jmglawoffices.com

Substituting Attorneys:

Steve W. Berman (Pro Hac Vice)
Thomas E. Loeser (Cal. Bar No. 202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

Peter B. Fredman (Cal. State Bar No. 189097)
LAW OFFICE OF PETER FREDMAN
125 University Ave, Suite 102
Berkeley, CA 94710
Telephone: (510) 868-2626
Facsimile: (510) 868-2627
peter@peterfredmanlaw.com

**CONSENT**

The undersigned hereby consent to this substitution.

LAW OFFICE OF PETER FREDMAN

Dated: October 7, 2011    By /s/ Peter Fredman
                            Peter Fredman
                            For himself and as attorney for
                            Plaintiff AMIRA JACKMON

HAGENS BERMAN SOBOL SHAPIRO LLP

Dated: October 7, 2011    By /s/ Thomas E. Loeser
                            Thomas E. Loeser

JENKINS MULLIGAN & GABRIEL LLP

Dated: October 7, 2011    By /s/ Daniel J. Mulligan
                            Daniel J. Mulligan

I, PETER FREDMAN, am the ECF User whose ID and password are being used to file this document, and in compliance with General Order No. 45, X.B., hereby attest that all signatories concur with this filing. */s/Peter Fredman*

**ORDER**

Pursuant to this stipulation, and good cause appearing therefore,

IT IS SO ORDERED.

Dated: October 13, 2011
                            Hon. Charles R. Breyer
                            United States District

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

3
Stipulation and Proposed Order For Substitution of Counsel
Jackmon vs. America's Servicing Company et al.- C-11-03884-CRB