Matthew G. Ball (SBN 208881)
matthew.ball@klgates.com
Megan Cesare-Eastman (SBN 253845)
megan.cesare-eastman@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA  94111
Telephone:  (415) 882-8200
Facsimile:  (415) 882-8220

Irene C. Freidel (*pro hac vice* application to be filed)
irene.freidel@klgates.com
David Christensen (*pro hac vice* application to be filed)
david.christensen@klgates.com
**K&L GATES LLP**
One Lincoln Street
Boston, MA  02111
Telephone:  (617) 261-3100
Facsimile:  (617) 261-3175

Attorneys for Defendant
WELLS FARGO BANK, N.A., including its division,
separately-named defendant America's Servicing
Company.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMIRA JACKMON,<br><br>            Plaintiff,<br><br>    vs.<br><br>AMERICA'S SERVICING COMPANY, et al.,<br><br>            Defendants. | Case No.  3:11-cv-03884 (CRB)<br><br>**NOTICE AND [PROPOSED] ORDER OF SUBSTITUTION OF ATTORNEY FOR DEFENDANT WELLS FARGO BANK, N.A., INCLUDING ITS DIVISION, SEPARATELY-NAMED DEFENDANT AMERICA'S SERVICING COMPANY** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant WELLS FARGO BANK, N.A., including its division, separately-named defendant America's Servicing Company ("Wells Fargo"), hereby makes the following substitution of counsel of record:

Former Counsel of Record:

>Mark D. Lonergan (SBN: 143622)
>mdl@severson.com
>M. Elizabeth Holt (SBN: 263206)
>meh@severson.com
>Alex Sears (SBN 232491)
>acs@severson.com
>**Severson & Werson**
>One Embarcadero Center, Suite 2600
>San Francisco, CA 94111
>415-398-3344
>415-956-0439 (fax)

should be removed and, consequently, should no longer receive notice of e-Filings. New counsel of record for Wells Fargo will be:

>Matthew G. Ball (SBN 208881)
>matthew.ball@klgates.com
>Megan Cesare-Eastman (SBN 253845)
>megan.cesare-eastman@klgates.com
>**K&L GATES LLP**
>Four Embarcadero Center, Suite 1200
>San Francisco, CA 94111
>Telephone: (415) 882-8200
>Facsimile: (415) 882-8220
>
>Irene C. Freidel (*pro hac vice* application to be filed)
>irene.freidel@klgates.com
>David Christensen (*pro hac vice* application to be filed)
>david.christensen@klgates.com
>**K&L GATES LLP**
>One Lincoln Street
>Boston, MA 02111
>Telephone: (617) 261-3100
>Facsimile: (617) 261-3175

Matthew Ball and Megan Cesare-Eastman are admitted to practice and in good standing in the State of California and in this District. Irene Freidel and David Christensen are admitted to practice and in good standing in the Commonwealth of Massachusetts, and will apply for *pro hac vice* admission for this case. Matthew Ball and Megan Cesare-Eastman hereby enter their appearances as

1  counsel of record on behalf of Wells Fargo and are authorized to receive service of all pleadings,

2  notices, orders and other papers in the above-captioned matter on behalf of Wells Fargo. Irene

3  Freidel and David Christensen will enter their appearances as counsel of record on behalf of Wells

4  Fargo upon their admission *pro hac vice*.

5        The following attorneys and party consent to this substitution:

| | |
|---|---|
| Dated: October 18, 2011 | By: /s/William M. Reichert |
| | William M. Reichert |
| | On behalf of Defendant |
| | WELLS FARGO BANK, N.A. |

**SEVERSON & WERSON**

| | |
|---|---|
| Dated: October 18, 2011 | By: /s/Alex Sears |
| | Alex Sears (SBN 232491) |

**K&L GATES LLP**

| | |
|---|---|
| Dated: October 18, 2011 | By: /s/Matthew G. Ball |
| | Matthew G. Ball (SBN 208881) |

---

NOTICE AND [PROPOSED] ORDER RE: SUBSTITUTION OF ATTORNEY     PRINTED ON RECYCLED PAPER
Case No. 3:11-cv-03884 (CRB)

**ECF ATTESTATION**

I, Matthew G. Ball, attest that concurrence in e-filing this NOTICE AND [PROPOSED] ORDER OF SUBSTITUTION OF ATTORNEY for Defendant WELLS FARGO BANK, N.A., INCLUDING ITS DIVISION, SEPARATELY-NAMED DEFENDANT AMERICA'S SERVICING COMPANY has been obtained from signatories William M. Reichert and Alex Sears, which shall serve in lieu of their signatures on this document, in compliance with General Order 45, X.B.

**K&L GATES LLP**

Dated: October 18, 2011  By:  /s/Matthew G. Ball
   Matthew G. Ball (SBN 208881)

1 [PROPOSED] ORDER

2   The foregoing substitution of attorney is authorized by the Court and the clerk of the Court is
3 directed to make the appropriate change in the docket.

5 Date: __October 20, 2011_____     _____
6   Honorable Charles R. Breyer
    United States District Court Judge



NOTICE AND [PROPOSED] ORDER RE: SUBSTITUTION OF ATTORNEY          PRINTED ON RECYCLED PAPER
Case No. 3:11-cv-03884 (CRB)
5