Steve W. Berman (Pro Hac Vice)
Thomas E. Loeser (Cal. Bar No. 202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

Peter B. Fredman (Cal. Bar No. 189097)
LAW OFFICE OF PETER FREDMAN
125 University Ave, Suite 102
Berkeley, CA 94710
Telephone: (510) 868-2626
Facsimile: (510) 868-2627
peter@peterfredmanlaw.com

Attorney for Plaintiff AMIRA JACKMON,
for herself and persons similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIRA JACKMON, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICA'S SERVICING COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. C 11-03884 CRB<br><br>**CLASS ACTION**<br><br>STIPULATION AND ~~PROPOSED~~ ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS THE FIRST AMENDED COMPLAINT<br><br>Motion to Dismiss Hearing:<br>Date: January 6, 2012<br>Time: 10:00 a.m.<br>Courtroom: 6 |

---
1
Stip and Proposed Order re Briefing Schedule on Mtn to Dismiss First Amended Complaint
Jackmon vs. America's Servicing Company et al – C 11-03884 CRB

**Recitals**

WHEREAS,

1. On August 8, 2011, Plaintiff filed her complaint in pro se.

2. On September 23, 2011, new counsel for Plaintiff appeared and filed a First Amended Complaint, including class allegations.

3. On October 18, 2011, new counsel for Defendant appeared.

4. On October 19, 2011, the parties stipulated that (a) Defendant would have until November 2, 2011 to respond to the FAC by filing a motion to dismiss; and (b) Plaintiff would have a minimum of 30 days to file an opposition to the motion to dismiss.

5. Defendant filed the stipulation (as Doc # 46) pursuant to Local Rule 6-1(a) with respect to the extension of response time, but did not seek an order regarding the extended briefing schedule.

6. On November 2, 2011, Defendant filed the motion to dismiss. Hearing was set for January 6, 2012.

**Stipulation**

THEREFORE,

The parties hereby stipulate that

A. Plaintiff shall have until December 5, 2011 to oppose the motion to dismiss; and

B. Defendant shall have until December 19, 2011 to reply to the opposition.


IT IS SO STIPULATED

                                          LAW OFFICE OF PETER FREDMAN

Dated: November 4, 2011        By /s/ Peter Fredman
                                                Peter Fredman
                                            For Plaintiff AMIRA JACKMON

|   |   |
|---|---|
| 1 |   |
| 2 | WELLS FARGO BANK, N.A., |
| 3 | By its attorneys, |

*/s/ Irene C. Freidel*
Matthew G. Ball
matthew.ball@klgates.com
Megan F. Cesare-Eastman
Megan.cesare-eastman@klgates.com

Irene C. Freidel (*pro hac vice*)
irene.freidel@klgates.com
David D. Christensen (*pro hac vice*)
david.christensen@klgates.com

I, PETER FREDMAN, am the ECF User whose ID and password are being used to file this document, and in compliance with General Order No. 45, X.B., hereby attest that all signatories concur with this filing. */s/Peter Fredman*

### **ORDER**

Pursuant to this stipulation and good cause appearing therefore,

IT IS SO ORDERED.

A. Plaintiff shall have until December 5, 2011 to oppose the motion to dismiss; and

B. Defendant shall have until December 12, 2011 to reply to the opposition.

Dated: Nov. 14, 2011

_____
Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

3
Stip and Proposed Order re Briefing Schedule on Mtn to Dismiss First Amended Complaint
Jackmon vs. America's Servicing Company et al. – C 11-03884 CRB