1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMIRA JACKMON,

        Plaintiff,

  v.

AMERICA'S SERVICING COMPANY, ET. AL.,

        Defendants.

_____/

No. C 11-03884 CRB

**ORDER STAYING CASE**

For the reasons stated in open court, this case is stayed pending the Ninth Circuit's resolution of the appeals in Lucia v. Wells Fargo Bank, N.A., 10-4749 (N.D. Cal.) and Corvello v. Wells Fargo Bank, N.A., 10-5072.  Judge White of this district granted Wells Fargo's motions to dismiss Lucia and Corvello, and those decisions are now on appeal before the Ninth Circuit.  See Lucia v. Wells Fargo Bank, N.A./Corvello v. Wells Fargo Bank, N.A., — F. Supp. 2d —, 2011 WL 3134422 (N.D. Cal. Apr. 22, 2011).  The parties are instructed to notify the Court within thirty days of a final disposition of the appeal.  The Clerk is instructed to administratively close the case.

    **IT IS SO ORDERED.**

Dated: January 10, 2012

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE