IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIRA JACKMON, | No. C 11-03884 CRB |
| Plaintiff, | **ORDER STAYING CASE** |
| v. | |
| AMERICA'S SERVICING COMPANY, ET. AL., | |
| Defendants. / | |

    For the reasons stated in open court, this case is stayed pending the Ninth Circuit's resolution of the appeals in <u>Lucia v. Wells Fargo Bank, N.A.</u>, 10-4749 (N.D. Cal.) and <u>Corvello v. Wells Fargo Bank, N.A.</u>, 10-5072. Judge White of this district granted Wells Fargo's motions to dismiss <u>Lucia</u> and <u>Corvello</u>, and those decisions are now on appeal before the Ninth Circuit. <u>See</u> <u>Lucia v. Wells Fargo Bank, N.A./Corvello v. Wells Fargo Bank, N.A.</u>, — F. Supp. 2d —, 2011 WL 3134422 (N.D. Cal. Apr. 22, 2011). The parties are instructed to notify the Court within thirty days of a final disposition of the appeal. The Clerk is instructed to administratively close the case.

    **IT IS SO ORDERED.**

Dated: January 10, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE