Steve W. Berman (Pro Hac Vice)
Thomas E. Loeser (Cal. Bar No. 202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

Peter B. Fredman (Cal. Bar No. 189097)
LAW OFFICE OF PETER FREDMAN
125 University Ave, Suite 102
Berkeley, CA 94710
Telephone: (510) 868-2626
Facsimile:  (510) 868-2627
peter@peterfredmanlaw.com

Attorney for Plaintiff AMIRA JACKMON,
for herself and persons similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIRA JACKMON, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICA'S SERVICING COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. C 11-03884 CRB<br><br>**CLASS ACTION**<br><br>STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT AND STRIKE CLASS ALLEGATIONS |

**WHEREAS,**

1. On November 8, 2013, at the status conference following the issuance of the *Corvello* decision regarding Wells Fargo's then-pending motion to dismiss, the Court ordered the parties to file "[s]imultaneous supplemental briefs due 11/15/2013, simultaneous responses due 11/22/2013, matter will be taken under submission." *See* Dkt. No. 75 (the "November 8 Order").

2. On November 15, 2013, Plaintiff filed her First Supplemental Brief In Opposition to Motion to Dismiss. *See* Dkt. No. 76.

3. On November 15, 2013, Wells Fargo filed the following:

    a. Pursuant to Rule 12, a Motion To Dismiss Plaintiff's Claim For Rescission And Restitution (the "rescission/restitution motion"). *See* Dkt. No. 77.

    b. Pursuant to Rule 23, a Motion To Deny Class Certification Or, In The Alternative, To Dismiss Or Strike The Class Allegations Or Require Amendment Of The Class Definition (the "certification motion"). *See* Dkt. No. 78.

Both motions were noticed for January 17, 2014.

4. On November 22, 2013, Plaintiff filed a Second Supplemental Brief responsive to Wells Fargo's rescission motion. *See* Dkt. No. 81.

5. On November 22, 2013, Wells Fargo filed a response to Plaintiff's First Supplemental Brief. *See* Dkt. No. 82.

6. Plaintiff objected to Wells Fargo's November 15, 2013 filings on several grounds.

7. The parties met and conferred, and now stipulate as follows.

**THEREFORE,**

A. Wells Fargo's "rescission/restitution motion" is deemed its first supplemental brief pursuant to the November 8 Order. Said supplemental briefing is now complete, and the matter is under submission. There shall be no further briefing or hearing on the matter absent further court order. The January 17, 2014 hearing shall be taken off calendar as to this matter.

B. Wells Fargo's separate "certification motion" shall be heard on January 17, 2014, and is deemed to have been made pursuant to Rule 12 (and not Rule 23). Plaintiff's opposition

2

Stip and Proposed Order Setting Briefing Schedule on Mtn to Dismiss/Strike
Jackmon vs. America's Servicing Company et al – C 11-03884 CRB

1  shall be due December 20, 2013.  Wells Fargo's reply shall be due on January 8, 2014.

2    C. Plaintiff agrees not to serve discovery addressed to class certification issues prior to January 17, 2014.

**IT IS SO STIPULATED**

Dated: November 26, 2013  LAW OFFICE OF PETER FREDMAN

            By /s/ Peter Fredman
            Peter Fredman
            Attorneys For Plaintiff AMIRA JACKMON

Dated: November 26, 2013  K&L GATES LLP

            By Irene C. Freidel
            Irene C. Freidel
            Attorneys For Defendant WELLS FARGO NA

**IT IS SO ORDERED.**

Pursuant to this stipulation and good cause appearing therefore,

A. Wells Fargo's "rescission/restitution motion" is deemed its first supplemental brief pursuant to the November 8 Order. Said supplemental briefing is now complete, and the matter is under submission. There shall be no further briefing or hearing on the matter absent further court order. The January 17, 2014 hearing shall be taken <u>off</u> calendar as to this matter.

B. Wells Fargo's separate "certification motion" shall be heard on January 17, 2014, and is deemed to have been made pursuant to Rule 12 (and <u>not</u> Rule 23).  Plaintiff's opposition shall be due December 20, 2013.  Wells Fargo's reply shall be due on January 8, 2014.

C. Plaintiff agrees not to serve discovery addressed to class certification issues prior to January 17, 2014.

Dated:"Pqxgo dgt"49."4235    _____



Stip and Proposed Order Setting Briefing Schedule on Mtn to Dismiss/Strike
Jackmon vs. America's Servicing Company et al – C11-03884 CRB