IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMIRA JACKMON,

    Plaintiff,                                    No. C 11-03884 JSW

    v.

AMERICA'S SERVICING COMPANY and     **ORDER OF RECUSAL**
WELLS FARGO BANK, N.A.,

    Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

**IT IS SO ORDERED.**

Dated: January 21, 2015

                                                     JEFFREY S. WHITE
                                                   UNITED STATES DISTRICT JUDGE