UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIRA JACKMON,<br><br>              Plaintiff,<br><br>       v.<br><br>AMERICA'S SERVICING COMPANY, et al.,<br><br>              Defendants. | Case No.  11-cv-03884-VC<br><br>**ORDER WITHDRAWING DISCOVERY REFERENCE** |

The referral to Chief Magistrate Judge Joseph Spero for discovery purposes is hereby withdrawn.

**IT IS SO ORDERED.**

Dated: May 22, 2015

_____
VINCE CHHABRIA
United States District Judge