Matthew G. Ball (SBN: 208881)
matthew.ball@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220

Irene C. Freidel (*pro hac vice*)
irene.freidel@klgates.com
Jennifer J. Nagle (*pro hac vice*)
jennifer.nagle@klgates.com
**K&L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel.: (617) 261-3100
Fax: (617) 261-3175

*Attorneys for Defendant Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMIRA JACKMON, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICA'S SERVICING COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. 11-CV-03884-VC<br><br>[PROPOSED] ORDER COMPELLING PRODUCTION OF PLAINTIFF'S FINANCIAL RECORDS<br><br>The Hon. Vince Chhabria |

1  The Court, having read and considered the letter submitted jointly by plaintiff Amira Jackmon ("plaintiff") and defendant Wells Fargo Bank, N.A. ("Wells Fargo"), HEREBY ORDERS that:

Pursuant to Federal Rule of Civil Procedure 37 and Local Rule 37, plaintiff shall produce (1) her complete tax returns (with schedules and supporting documents) for the 2009 and 2010 tax years, (2) documents evidencing all income received by plaintiff in 2009 and 2010, and (3) documents evidencing expenses paid by plaintiff in 2009 and 2010 on her multiple investment properties (collective, the "Financial Records").  The Financial Records shall be produced to Wells Fargo within fourteen (14) days of the date of this order.

**IT IS SO ORDERED.**

Dated: June 1, 2015

_____
The Honorable Vince Chhabria
United States District Judge