UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAREN LUCIA and JEFFREY LUCIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE and DOES 1 through 10,<br><br>Defendants. | No. 3:10-CV-04749-VC<br><br>[~~PROPOSED~~] **ORDER REMOVING INCORRECTLY FILED DOCUMENT** |
| PHILLIP R. CORVELLO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK N.A. d/b/a WELLS FARGO HOME MORTGAGE d/b/a AMERICA'S SERVICING COMPANY,<br><br>Defendant. | No. 3:10-CV-05072-VC |

010272-11  792961 V1

| | |
|---|---|
| AMIRA JACKMON, individually and on behalf of himself and all others similarly situated,<br><br>                              Plaintiff,<br><br>    v.<br><br>AMERICA'S SERVICING COMPANY and WELLS FARGO BANK N.A.,<br><br>                              Defendants. | No. 3:11-cv-03884-VC |

010272-11  792961 V1

Pursuant to Plaintiffs' Motion to Remove Incorrectly Filed Document, the Court's staff is instructed to permanently remove Docket Nos. 109-10 (3:10-cv-04749-VC); 76-10 (3:10-cv-05072-VC; and 130-10 (3:11-cv-03884-VC) from the ECF system in the above-captioned cases and replace it with the corrected document attached to Plaintiffs' Motion.

IT IS SO ORDERED.

DATED this <u>10TH</u> day of <u>July</u>, 2015.

_____
THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

Dated:  July 8, 2015

HAGENS BERMAN SOBOL SHAPIRO LLP


By   <u>/s/ Thomas E. Loeser</u>
         THOMAS E. LOESER (CSB# 202724)

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

Peter B. Fredman (CSB #189097)
LAW OFFICES OF PETER FREDMAN
125 University Ave., Suite 102
Berkeley, CA  94710
Telephone:  (510) 868-2626
Facsimile:  (510) 868-2627
peter@peterfredmanlaw.com

[PROPOSED] ORDER REMOVING INCORRECTLY FILED DOCUMENT - 1
Case Nos.: 3:10-CV-04749-VC, 3:10-CV-05072-VC, 3:11-cv-03884-VC
010272-11  792961 V1

| | |
|---|---|
| 1 | Timothy G. Blood (CSB #149343) |
| | Thomas J. O'Reardon II (CSB #247952) |
| 2 | Sarah Boot (CSB #253658) |
| | BLOOD HURST & O'REARDON, LLP |
| 3 | 701 B Street, Suite 1700 |
| | San Diego, CA  92101 |
| 4 | Tel: (619) 338-1100 |
| | 619/338-1101 (fax) |
| 5 | tblood@bholaw.com |
| | toreardon@bholaw.com |
| 6 | sboot@bholaw.com |

*Attorneys for Plaintiffs Phillip R. Corvello and Amira Jackmon and the Proposed Classes*

[PROPOSED] ORDER REMOVING INCORRECTLY FILED DOCUMENT - 2
Case Nos.: 3:10-CV-04749-VC, 3:10-CV-05072-VC, 3:11-cv-03884-VC
010272-11  792961 V1